FILED

OCT 06 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN LOVE, | No. 08-16506 |
| Plaintiff - Appellant, | D.C. No. 2:07-cv-01731-LKK-CMK |
| v. | |
| ROBERT MEKEMSON; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence K. Karlton, District Judge, Presiding

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Jonathan Love, a California state prisoner, appeals pro se from the district

court's judgment dismissing under 28 U.S.C. § 1915A his 42 U.S.C. § 1983 action

alleging deliberate indifference to medical needs.  We have jurisdiction under 28

U.S.C. § 1291.  We review de novo.  *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

2000).  We affirm.

The district court properly dismissed Love's deliberate indifference claims because the allegations set forth in his amended complaint and the attachments thereto state, at most, a claim for negligence.  *See Toguchi v. Chung*, 391 F.3d 1051, 1060 (9th Cir. 2004) ("A showing of medical malpractice or negligence is insufficient to establish a constitutional deprivation under the Eighth Amendment.").  Moreover, a difference in opinion between Love and the prison physicians about the preferred course of medical treatment does not constitute an Eighth Amendment violation.  *See id.* at 1058.

Love's remaining contentions are unpersuasive.

**AFFIRMED.**